

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-16-00163-CR

KELLY WAYNE WILLIAMS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law
Fannin County, Texas
Trial Court No. 48066

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Kelly Wayne Williams has filed a motion to dismiss this appeal. The motion was signed by both Williams and his appellate counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See id.*

Accordingly, we dismiss this appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:     November 7, 2016
Date Decided:       November 8, 2016

Do Not Publish